El Pueblo de Puerto Rico, demandante y apelado, *v.* Joaquín Dapena, acusado y apelante.

No. 2639.—*Visto:* Enero 29, 1926. *Resuelto:* Marzo 4, 1926.

1. DERECHO PENAL—APELACIÓN Y ERROR, Y CERTIORARI—RÉCORD Y PROCEDIMIENTOS QUE NO ESTÁN EN RECORD—DE LAS CUESTIONES A REVISAR—INSUFICIENTE PRESENTACIÓN DE LAS MISMAS—OMISIONES EN EL RÉCORD QUE AFECTAN LA REVISIÓN.—Cuando no se coloca a la corte de apelación en condiciones de resolver un error señalado—suficiencia de una denuncia por infracción a una ordenanza—por no figurar dicha ordenanza en la transcripción, la corte no entrará a discutirlo.

2. CORPORACIONES MUNICIPALES—PODER GENERAL DE POLICÍA Y REGLAMENTOS—INFRACCIONES A Y APLICACIÓN DE LOS REGLAMENTOS—INFRACCIÓN A LAS ORDENANZAS MUNICIPALES— RESPONSABILIDAD CRIMINAL—EVIDENCIA—SU SUFICIENCIA.—La declaración de un sólo testigo que merezca entero crédito a la corte al efecto de que vió al acusado guiando su automóvil sin luz en la

parte de atrás—siendo ese el hecho imputado como constitutivo de la infracción a la ordenanza alegada—es prueba suficiente para justificar la sentencia apelada.

SENTENCIA de *Angel Acosta,* J. (Ponce), condenando al acusado por delito de infracción a ordenanza municipal. *Confirmada.*

*Ramón Dapena* y *Leopoldo Tormes,* abogados del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

En el presente caso se impuso al acusado una multa de cinco dólares por infracción de cierta ordenanza del municipio de Ponce. No conforme el acusado apeló alegando que la corte erró porque la denuncia es insuficiente y porque la sentencia que dictó es contraria a las pruebas y a la ley.

[1] Argumentando el primer error sostiene el apelante que no existe ordenanza alguna que castigue el hecho que se imputó al acusado, pero luego el mismo apelante cita la ordenanza para argüir que la denuncia no es suficiente en relación con la misma.

El apelante, como era su deber, no ha colocado a esta corte en condiciones de resolver el error señalado. Hemos examinado la transcripción y en ella no figura la ordenanza en cuestión y ya esta corte ha resuelto que las ordenanzas municipales no son de conocimiento judicial. *El Pueblo* v. *Sánchez,* 30 D.P.R. 12. Siendo ello así, la presunción de justa que tiene la sentencia no ha sido destruída.

[2] Examinada la prueba parece suficiente. Un solo testigo que merezca entero crédito a la corte es bastante y aquí el policía Ramón Cintrón, que mereció entero crédito a la corte, declaró de modo terminante que vió al acusado guiando su automóvil sin luz en la parte de detrás y ese fué el hecho imputado como constitutivo de la infracción a la ordenanza y como tal castigado.

*Debe confirmarse la sentencia apelada.*